UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-22470 |
| TIMOTHY R. COOPER ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Jack Schmetterer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Court finding that a Motion for Relief from the Automatic Stay has been filed by Creditor, MISSION FINANCIAL SERVICES, in the above entitled matter; and

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay as to MISSION FINANCIAL SERVICES is hereby granted.

IT IS FURTHER ORDERED that the Automatic Stay as to MISSION FINANCIAL SERVICES's lien interest in 2012 VOLVO 670, Motor Vehicle Serial 4V4NC9EJ5CN545965 is lifted and MISSION FINANCIAL SERVICES is permitted to enforce its security interest and liquidate the collateral.

IT IS FURTHER ORDERED that the fourteen-day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: September 18, 2019

**Prepared by:**

Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
mcope@weltman.com
216-635-5827
312-782-4201 (fax)
ARDC # 6198913
Attorney for Creditor
MISSION FINANCIAL SERVICES