## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-22470 |
| | ) | |
| TIMOTHY COOPER, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge SCHMETTERER |

### NOTICE OF MOTION

**TO: See attached list**

PLEASE TAKE NOTICE that on August 19, 2020, at 10:30 a.m., I will appear before the Honorable JUDGE SCHMETTERER, or any judge sitting in that judge's place, and present Debtor's Motion to Modify Plan, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com

### CERTIFICATE OF SERVICE

I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 24, 2020, before 5:00 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee:  bkahn@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*

Timothy Cooper
P.O. Box 105
Steger, IL 60475

Credit Acceptance
25505 W. 12 Miles Road, #3000
Southfield, MI 48034

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Mission Financial Services Group
P.O. Box 2049
Corona, CA 92878

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LoanMe, Inc.
1900 S State College Blvd Suite 300
Anaheim, CA 92806

Midland Funding LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090

MFG Financial, Inc.
PO Box 526262
Salt Lake City Utah 84152

Credit First Nat'l Assoc.
PO Box 818011
Cleveland, OH 44181

Freedom Truck Finance
12221 Merit Drive
Dallas, TX 75251

Generic Financing & Leasing Corp
6575 N Old Hwy 27
Fremont, IN 46737

Illinois Department of Revenue
Bankruptcy Department
P.O. Box 19035
Springfield, IL 62794-9035

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-22470 |
| | ) | |
| **TIMOTHY COOPER,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | **Hon. Judge SCHMETTERER** |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Timothy Cooper**, by and through his attorneys, **David M. Siegel & Associates, LLC**, to present this Motion, and in support thereof states as follows:

1)    This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2)    On August 9, 2019, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 USC and Tom Vaughn was appointed Trustee in his case.

3)    Debtor's Plan was confirmed on December 4, 2019.  The confirmed plan requires monthly payments of $2,255.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4)    Debtor was a W-2 employee of Polmax, LLC when this case was filed.  He is now an independent contractor for Polmax, LLC.  This resulted in a net reduction of income. This reduction in income is reflected in the amended Schedule I, filed on July 23, 2020.

5)    The Trustee brought a motion to dismiss on April 16, 2020, for plan payment default.

6)    Since returning to work D has been able to make a $2,500.00 payment to the trustee. However, with the lower income as a 1099 employee, D cannot afford to pay his creditors the same dividend as when the plan was confirmed.

7)    Therefore, Debtor seeks to modify his plan under 11 USC § 1329 to lower the dividend to the unsecured creditors from 49.5% to 42.82%.

8)    Debtor also seeks to modify the plan under 11 USC § 1329 to defer the default that accrued because ongoing unemployment due to the economic slowdown caused by the COVID-19 pandemic and extend the plan to seven years from the date of filing which is now allowed by the CARES act amendments to the bankruptcy code.

9)    Additionally, Debtor seeks to modify his plan under 11 USC § 1329 to lower his plan payment to $1,500.00 per month.  This would result in general unsecured creditors now receiving a dividend of 42.82%.  This would lower the plan base to $62,234.85.


WHEREFORE, the Debtor, **Timothy Cooper**, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor